SCOTT R. MONTGOMERY, ESQ., SBN 278060
smontgomery@abbeylaw.com
KAITLYN D. WRIGHT, ESQ., SBN 343722
kwright@abbeylaw.com
ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200
Santa Rosa, CA 95401
Telephone: 707-542-5050 / Facsimile: 707-542-2589

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G., | Case No: 2:24-CV-01375 DJC CKD |
| Plaintiff, | STIPULATION REGARDING FIRST AMENDED COMPLAINT; ORDER |
| v. | |
| COUNTY OF SISKIYOU, JENNIFER MOODY, CHILDREN FIRST FOSTER AGENCY, DOES 1-100, INCLUSIVE, | |
| Defendants. | |

Plaintiff A.G., and Defendants County of Siskiyou and Jennifer Moody hereby enter into the following stipulation regarding the First Amended Complaint:

WHEREAS, on June 25, 2024, Defendant County of Siskiyou filed a Motion to Dismiss Plaintiff's Complaint (EF 13);

WHEREAS, on July 9, 2024, Plaintiff filed an opposition to the Motion to Dismiss (EF16);

WHEREAS, on July 18, 2024, Defendant County of Siskiyou filed a reply related to the Motion to Dismiss (EF 17);

WHEREAS, on November 11, 2024 this Court issued an Order on the Motion to Dismiss granting Plaintiff leave to file a first amended complaint within 21 days of the order (EF 19);

-1-
**STIPULATION REGARDING FIRST AMENDED COMPLAINT; ORDER**

WHEREAS, on December 2, 2024, Plaintiff became aware of the Court's order after the time to file the first amended complaint had passed. Due to excusable neglect, Plaintiff did not receive notice of the Court's Order prior to December 2, 2024. Plaintiff's counsel apologizes to the Court and are working to correct the issue as to why ECF filing notices have not been received in this case.

BASED ON THE FOREGOING, the parties to this stipulation, seek an order from this Court holding that Plaintiff's First Amended Complaint be filed on or before December 18, 2024.

DATED: December 9, 2024   ABBEY, WEITZENBERG, WARREN & EMERY

By: */s/ Kaitlyn D. Wright* .
Scott R. Montgomery, Esq.
Kaitlyn D. Wright, Esq.
Attorney for Plaintiff A.G.

Authorized on December 6, 2024   PORTER SCOTT

By: */s/ Lindsay A. Goulding*
Lindsay A. Goulding, Esq.
Attorney for Defendants County of Siskiyou and Jennifer Moody

Authorized on December 20, 2024   CLAPP, MORONEY, VUCINICH, BEEMAN & SCHELEY

By: */s/ Christopher J. Beeman*
Christopher J. Beeman, Esq.
Attorney for Defendant His Ideas, Inc. (erroneously sued as Children First Foster Agency)

## ORDER

Based on the reasons set forth in the stipulation of the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties.

IT IS HEREBY ORDERED that Plaintiff shall file a First Amended Complaint on or before December 18, 2024.

Dated:  December 20, 2024          /s/ Daniel J. Calabretta
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE

**STIPULATION REGARDING FIRST AMENDED COMPLAINT; ORDER**