1  SCOTT R. MONTGOMERY, ESQ., SBN 278060
   smontgomery@abbeylaw.com
2  KAITLYN D. WRIGHT, ESQ., SBN 343722
   kwright@abbeylaw.com
3  BANYAN PARKER, ESQ., SBN 303125
   bparker@abbeylaw.com
4  ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
   100 Stony Point Road, Suite 200
5  Santa Rosa, CA 95401
   Telephone: 707-542-5050 / Facsimile: 707-542-2589

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G., | Case No: 2:24-CV-01375 DJC CKD |
| Plaintiff, | **STIPULATION OF DISMISSAL OF DEFENDANT HIS IDEAS, INC. (erroneously sued herein as CHILDREN FIRST FOSTER AGENCY) WITHOUT PREJUDICE AND ENTRY OF JUDGMENT; ORDER** |
| v. | |
| COUNTY OF SISKIYOU, JENNIFER MOODY, CHILDREN FIRST FOSTER AGENCY, DOES 1-100, INCLUSIVE, | |
| Defendants. | |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that plaintiff A.G. and Defendant His Ideas, Inc. (erroneously sued as Children First Foster Agency) hereby stipulate, through their undersigned counsel, that only Defendant His Ideas, Inc. (erroneously sued as Children First Foster Agency) be dismissed in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

The parties further stipulate that the Court shall direct the Clerk to enter judgment dismissing the Defendant His Ideas, Inc. (erroneously sued as Children First Foster Agency) without prejudice.

The parties further stipulate that each party shall bear its own costs and attorneys' fees.

///

| | | |
|---|---|---|
| 1 | Dated: March 14, 2025 | ABBEY, WEITZENBERG, WARREN & EMERY |
| 2 | | |
| 3 | | By:   */s/ Kaitlyn D. Wright* |
| 4 | | Scott R. Montgomery, Esq.<br>Kaitlyn D. Wright, Esq. |
| 5 | | Attorneys for Plaintiff |
| 6 | Dated: March 14, 2025 | CLAPP, MORONEY, VUCINISH, BEEMAN & SCHELEY |
| 7 | | |
| 8 | | By:   */s/ Ashley N. Meyers* |
| 9 | | Christopher J. Beeman, Esq.<br>Ashley N. Meyers, Esq. |
| 10 | | Attorneys for Defendant |

-2-

**STIPULATION OF DISMISSAL OF DEFENDANT HIS IDEAS, INC. (erroneously sued herein as CHILDREN FIRST FOSTER AGENCY) WITHOUT PREJUDICE AND ENTRY OF JUDGMENT; ORDER**

**ORDER**

Pursuant to the parties' stipulation, the court orders that this action be dismissed in it entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) as to Defendant His Ideas, Inc. (erroneously sued as Children First Foster Agency) only.  The Clerk is directed to enter judgment dismissing Defendant His Ideas, Inc. (erroneously sued as Children First Foster Agency) without prejudice.  Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED**.

Dated:  March 14, 2025          /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, Santa Rosa, CA 95401
Telephone: (707) 542-5050  Facsimile (707) 542-2589

-3-
STIPULATION OF DISMISSAL OF DEFENDANT HIS IDEAS, INC. (erroneously sued herein as CHILDREN FIRST FOSTER AGENCY) WITHOUT PREJUDICE AND ENTRY OF JUDGMENT; ORDER