1  SCOTT R. MONTGOMERY, ESQ., SBN 278060
   smontgomery@abbeylaw.com
2  KAITLYN D. WRIGHT, ESQ., SBN 343722
   kwright@abbeylaw.com
3  ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
   100 Stony Point Road, Suite 200
4  Santa Rosa, CA 95401
   Telephone: 707-542-5050 / Facsimile: 707-542-2589
5
   Attorneys for Plaintiff
6

7

8                    UNITED STATES DISTRICT COURT FOR THE

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  A.G.,                                      Case No.:   2:24-cv-01375-DJC-CKD

12      Plaintiff,

13      v.                                      **ORDER TO SEAL**

14  COUNTY IF SISKIYOU, ET AL.,

15      Defendants.

16

17      Pursuant to Federal Rule of Civil Procedure 5.2(a) and Eastern District of California Local

18  Rule 140(a), and based upon the parties' Joint Request to Seal Documents,

19      IT IS HEREBY ORDERED that the following documents be SEALED until further order

20  of this Court:

21      • Plaintiff's First Amended Complaint (ECF No. 22);

22      • Defendant County of Siskiyou's Motion to Dismiss; Memorandum of

23        Points and Authorities in Support of Defendant's Motion to Dismiss

24        Plaintiff's First Amended Complaint (ECF No. 26-1);

25      • Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's First

26        Amended Complaint (ECF No. 28);

27      • Defendants County of Siskiyou and Jennifer Moody's Reply to Plaintiff's

28        Opposition to Defendants' Motion to Dismiss (ECF No. 29);

                                        1

- Plaintiff's Second Amended Complaint (ECF No. 35); and
- Plaintiff's Request to Seal Documents (ECF No. 48).


IT IS FURTHER ORDERED that access to the sealed documents shall be limited to the counsel for Plaintiff and counsel for Defendants in this action.


Dated:  June 6, 2025                                    /s/ Daniel J. Calabretta
                                                        THE HONORABLE DANIEL J. CALABRETTA
                                                        UNITED STATES DISTRICT JUDGE

2
ORDER TO SEAL