SCOTT R. MONTGOMERY, ESQ., SBN 278060
KAITLYN T. BENJAMIN, ESQ., SBN 343722
smontgomery@abbeylaw.com; kbenjamin@abbeylaw.com
ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200
Santa Rosa, CA 95401
Telephone: 707-542-5050 / Facsimile: 707-542-2589

Attorneys for Plaintiff

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, Santa Rosa, CA 95401
Telephone: (707) 542-5050 Facsimile (707) 542-2589

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G.,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SISKIYOU, JENNIFER MOODY, MAUREEN BROMLEY, JUDY CARTER, ANDREA BROPHY, TINA MONTGOMERY, DANIELLE BENSON, REMI VISTA, INC., and DOES 6-40 and DOES 42-100,<br><br>Defendants. | Case No: 2:24-CV-01375 DJC CKD<br><br>**JOINT STIPULATION TO CONTINUE TRIAL AND ALL RELATED DEADLINES AND ORDER**<br><br>Complaint Filed: 05/10/2024 |

**THE PARTIES STIPULATE AS FOLLOWS:**

Plaintiff A.G. and Defendants, by and through their respective counsel of record, hereby stipulate and jointly request that the Court enter an order vacating the current trial date in this matter and all related dates and deadlines, and setting a Case Management Conference (CMC) on a date convenient to the Court following the filing and appearance of parties in a related case, as set forth below.

Good cause exists for this relief. The sibling of A.G. will be filing a lawsuit shortly arising from alleged abuse in the same foster home at issue in the present action and will be seeking consolidation with the present lawsuit. Vacating the trial date in the A.G. matter and all related

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, Santa Rosa, CA 95401
Telephone: (707) 542-5050 Facsimile (707) 542-2589

dates while the companion case is filed and brought to issue will serve judicial and party economy, prevent duplication of party and Court efforts, and prevent waste of party and Court resources.

Subject to the Court's approval, the Parties stipulate and request as follows:

1. The current trial date and all related pretrial and case management dates and deadlines in this action shall be vacated.
2. A Case Management Conference shall be set for the next available date convenient to the Court.
3. The Parties request that all existing deadlines be suspended pending the CMC and further order of the Court.

**IT IS SO STIPULATED.**

Dated: September 8, 2026

ABBEY, WEITZENBERG, WARREN & EMERY

By: ______________________
Scott R. Montgomery, Esq.
Attorney for Plaintiff A.G.

Dated: September 8, 2026

PORTER SCOTT
A PROFESSIONAL CORPORATION

By: ______________________
Lindsay A. Goulding, Esq.
Attorney for Defendant County of Siskiyou, Jennifer Moody, Angeline Zufelt (Andrea Brophy), Christina Thompson (Tina Montgomery), Danielle Benson, and Judy Carter

Dated: September 8, 2026

GRIFFITH & HORN, LLP

By: ______________________
David Griffith, Esq.
Attorney for Defendant Maureen Bromley

///

///

///

Dated: September 8, 2026

FRIEDENTHAL, HEFFERNAN & BROWN LLP

By: ______________________________
Daniel Friedenthal, Esq.
Attorney for Defendant Remi Vista, Inc.

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, Santa Rosa, CA 95401
Telephone: (707) 542-5050 Facsimile (707) 542-2589

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, Santa Rosa, CA 95401
Telephone: (707) 542-5050 Facsimile (707) 542-2589

**ORDER**

The Court, having considered the foregoing Stipulation and finding good cause therefore, IT IS HEREBY ORDERED:

All dates and deadlines, including but not limited to discovery deadlines, expert discovery deadlines, and motion deadlines, the final pretrial conference, currently set for August 19, 2027, and the trial currently set for October 18, 2027, are VACATED.

The parties shall file a joint status report, within thirty (30) days, advising the Court on the status of the complaint filed in the forthcoming related case.

Dated: September 8, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE