SCOTT R. MONTGOMERY, ESQ., SBN 278060
KAITLYN T. BENJAMIN, ESQ., SBN 343722
BANYAN PARKER, ESQ., SBN 303125
JILLIAN C. HIPSCHMAN, ESQ., SBN 355071
smontgomery@abbeylaw.com; kbenjamin@abbeylaw.com
bparker@abbeylaw.com; jhipschman@abbeylaw.com
ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200
Santa Rosa, CA 95401
Telephone: 707-542-5050 / Facsimile: 707-542-2589

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

A.G.,

Plaintiff,

v.

COUNTY OF SISKIYOU, ET AL.,

Defendants.

Case No.: 2:24-CV-01375 DJC CKD

**ORDER DISMISSING DEFENDANT REMI VISTA, INC.**

Complaint Filed: 05/10/2024

Upon review and consideration of the Parties' Stipulation to Dismiss Defendant Remi Vista, Inc., and good cause appearing,

IT IS HEREBY ORDERED as follows:

Defendant Remi Vista, Inc., is dismissed, with prejudice, from the above-captioned action.

Plaintiff and Defendant Remi Vista, Inc. will each bear their own fees and costs in connection with Plaintiffs claims asserted against Defendant TLC Remi Vista, Inc. in this action.

**IT IS SO ORDERED.**

Dated: September 10, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE